698

68 So.2d 922

**HOLLAND FURNACE CO.**

v.

**R. R. WILLIAMSON.**

6 Div. 564.

Supreme Court of Alabama.

June 6, 1953.

PER CURIAM.

Appeal dismissed.

68 So.2d 922

**Clyde HORTON v. Griffin HORTON.**

7 Div. 182.

Supreme Court of Alabama.

June 16, 1953.

PER CURIAM.

Appeal dismissed.

66 So.2d 926

**LAWRENCE PRODUCTS CO., Inc., et al. v. J. Ralph HART.**

7 Div. 109.

Supreme Court of Alabama.

Aug. 11, 1953.

Hood, Inzer, Martin & Suttle and Dortch, Allen & Meighan, all of Gadsden, for appellants.

Roy D. McCord, Rowan S. Bone and Lusk, Swann & Burns, all of Gadsden, for appellee.

LAWSON, Justice.

J. Ralph Hart recovered a judgment in the circuit court of Etowah County in the sum of $100,000 against Lawrence Products Company, Inc., a corporation, and Benjamin Kahn. From that judgment Lawrence Products Company and Kahn appealed to this court.

By written agreement filed in this court, executed by all of the parties and their counsel, it is agreed that the judgment appealed from be reduced to the sum of $50,000; that all unpaid costs in the trial court and in this court be taxed against appellee, J. Ralph Hart; that as so modified, the judgment of the circuit court of Etowah County be affirmed. It is so ordered.

Modified and affirmed.

LIVINGSTON, C. J., and SIMPSON, GOODWYN and MERRILL, JJ., concur.

68 So.2d 923

**Richard McGUIRE v. STATE.**

8 Div. 620.

Supreme Court of Alabama.

May 21, 1953.

PER CURIAM.

Appeal dismissed.